UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHYIRONDA RICHARDSON,
Individually and as Legal Guardian of
JOE RICHARDSON, III,
a Legally Incapacitated Individual, and
PEGGY JEFFERSON, as Next Friend of
Janee M. Lee, Joseph A. Richardson,
Tykeyah J. Walker, and Tacarhi J. Richardson,   Case No. 5:04-cv-27
minors,

       Hon. Wendell A. Miles

     Plaintiffs,

and

CINCINNATI INSURANCE COMPANY,

     Plaintiff - Intervenor,

v

TIME MANUFACTURING COMPANY,
a foreign corporation,

     Defendant.
_____/

## **ORDER**

On the fourth day of trial, plaintiffs settled this matter with defendant Time Manufacturing Company. The case is now before the court on a motion by plaintiffs to approve the settlement and distribution of settlement proceeds (docket no. 152) and on a counter-motion by intervenor Cincinnati Insurance Company ("Cincinnati") for apportionment of the settlement funds. For the reasons stated in the accompanying Opinion and Order entered this same date, IT IS HEREBY ORDERED as follows:

1.  Plaintiffs' motion to approve the settlement is granted.

2.  Plaintiffs' motion to approve distribution of the settlement proceeds is granted insofar as plaintiffs have requested distribution of attorneys' fees and costs of recovery in the amount of $242,908.83.  In all other respects plaintiffs' motion to approve distribution is denied.

3.  Intervenor Cincinnati's motion for apportionment of the settlement funds is granted.

4.  The proceeds of the settlement shall be distributed as follows:

| | |
|---|---|
| Attorneys' fees | $128,545.58 |
| Costs of recovery | 114,363.25 |
| Net proceeds | $257,091.17 |
| Cincinnati Insurance Company | $228,811.14 |
| Chyironda Richardson | 15,000.03 |
| Janee M. Lee, minor, care of Peggy Jefferson | 3,320.00 |
| Joseph A. Richardson, minor, care of Peggy Jefferson | 3,320.00 |
| Tykeyah J. Walker, minor, care of Peggy Jefferson | 3,320.00 |
| Tacarhi J. Richardson, minor, care of Peggy Jefferson | 3,320.00 |
| Total | $500,000.00 |

5.  The court finds that the settlement is fair and reasonable and that the payments set forth above are in the best interests of Joe Richardson, III and his children Janee M. Lee, Joseph A. Richardson, Tykeyah J. Walker, and Tacarhi J. Richardson.

6. The settlement amount and terms of distribution shall remain confidential to the extent practicable.

So ordered this 29th day of September, 2006.

    /s/ Wendell A. Miles
Wendell A. Miles
Senior U.S. District Judge